UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA

v.

DARWIN MARTINEZ,

Defendant.
---------------------------------------------------------X

ORDER

26-cr-307-11 (PMH)

The Court has received a recommendation pursuant to 18 U.S.C. § 3005 from Jennifer L. Brown, Attorney-in-Charge for the Federal Defenders of New York, in consultation with Susan Walsh, Darwin Martinez's lead counsel, to appoint Elizabeth Macedonia as learned capital counsel for Mr. Martinez in this case.

Full consideration having been given to Ms. Brown's recommendation, it is hereby:

ORDERED that Elizabeth Macedonia is appointed as learned counsel for Mr. Martinez in this case.

Dated: White Plains, New York
July 27, 2026

Philip M. Halpern
United States District Judge